UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:17-CR-6006-EFS-1 |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION TO REOPEN DETENTION HEARING AND MODIFY DETENTION ORDER |
| vs. | |
| SAMUEL ALFREDO CAMPOS, | |
| Defendant. | **ECF No. 39** |

On Thursday, May 18, 2017, the Defendant appeared, in custody, with his attorney Nicholas Marchi on Defendant's Motion to Reopen Detention Hearing and Modify Detention Order. Assistant United States Attorney Laurel Holland represented the United States.

At the hearing, the Court reopened the bail hearing to consider the additional proffers of Defendant and arguments of counsel. 18 U.S.C. § 3142(f).

The Court has considered this additional information and evaluated the four factors outlined in 18 U.S.C. § 3142(g) to decide whether there were conditions of release that would reasonably assure the Defendant's appearance in court and the

ORDER DENYING DEFENDANT'S MOTION TO REOPEN DETENTION
HEARING AND MODIFY DETENTION ORDER - 1

safety of the community: (1) the nature and circumstances of the offense; (2) the weight of evidence against the Defendant; (3) the history and characteristics of the Defendant; and (4) the nature and seriousness of the danger the Defendant would present to the community if released. The Court finds that these factors, as set forth orally by the Court, weigh in favor of the Defendant's continued detention.

The Court finds a preponderance of the evidence remains that there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Defendant as required, and furthermore by clear and convincing evidence there are no conditions or combination of conditions other than detention that will ensure the safety of the community.

**IT IS SO ORDERED:**

1. Defendant's Motion to Reopen Detention Hearing and Modify Detention Order **(ECF No. 39) is DENIED**.

    DATED May 19, 2017.

    *s/Mary K. Dimke*
    MARY K. DIMKE
    UNITED STATES MAGISTRATE JUDGE