PROB 12C
(6/16)

Report Date:  February 6, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel Alfredo Campos       Case Number: 0980 4:17CR06006-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 14, 2017

Original Offense:   Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:  Prison - 24 months; TSR - 36 months     Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Laurel Holland       Date Supervision Commenced: December 7, 2018

Defense Attorney:    Nicholas W. Marchi       Date Supervision Expires: December 6, 2021

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Campos is considered to be in violation of his conditions of release by failing to report as directed to the U.S. Probation Office on February 4, 2019.<br><br>Mr. Campos' conditions of supervised release were reviewed with him on December 10, 2018. He signed his conditions, acknowledging an understanding of his conditions, which includes standard condition number 2, as noted above.<br><br>The undersigned officer had received information from Merit Resource Services that Mr. Campos had failed to attend random urinalysis testing on January 9, 15, and 23, 2019. Attempts to contact Mr. Campos by phone and at home on January 15, 2019, were unsuccessful.<br><br>Mr. Campos' wife was contacted on January 25, 2019. She reported that Mr. Campos' phone was not working properly but would pass on a message for Mr. Campos to contact the undersigned officer immediately. |

Prob12C
**Re: Campos, Samuel Alfredo**
**February 6, 2019**
**Page 2**

Mr. Campos had not made contact with the undersigned officer, so further attempts to contact him at home were made on January 29 and 31, 2019. Mr. Campos' father-in-law was contacted on January 29, 2019, and agreed to pass on a message to have him contact the undersigned officer. Mr. Campos' wife was contacted at their home on January 31, 2019. She stated she had told Mr. Campos to contact the undersigned officer. She was told that Mr. Campos had until noon on February 1, 2019, to contact the undersigned officer.

Mr. Campos sent an email to the undersigned officer on February 1, 2019, stating "Hey man I'm sorry about everything I've been slacking on. I have had a terrible relapse and would really like help. It's very hard." The undersigned officer responded that Mr. Campos was directed to report at 8 a.m. on Monday morning, February 4, 2019, and that we could address the help that he needs at that time. Mr. Campos failed to report as directed on February 4, 2019 at 8 a.m. An email was received from Mr. Campos at 9:20 a.m. stating, "Hey Dan I wasn't able to make it this morning. I will be in this afternoon. Please don't put a warrant out on me. I will be there this afternoon." Mr. Campos failed to report that afternoon, and no further emails have been received.

2    **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Campos is considered to be in violation of his conditions of supervised release by failing to obtain a substance abuse evaluation as directed.

Mr. Campos' conditions of supervised release were reviewed with him on December 10, 2018. He signed his conditions, acknowledging an understanding of his conditions, which includes special condition number 2, as noted above.

Mr. Campos was referred to Merit Resource Services for a substance abuse assessment on December 10, 2018. No indication from Merit has been received advising Mr. Campos has completed a substance abuse assessment.

3    **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Campos is considered to be in violation of his conditions of supervised release by failing to report for random urinalysis testing at Merit Resource Services on January 9, 15, and 23, 2019.

Mr. Campos' conditions of supervised release were reviewed with him on December 10, 2018. He signed his conditions, acknowledging an understanding of his conditions, which includes special condition number 3, as noted above.

Mr. Campos was referred to Merit Resource Services for random urinalysis (UA) testing on December 10, 2018. He was assigned the color "brown" and directed to call Merit's UA

Prob12C
**Re: Campos, Samuel Alfredo**
**February 6, 2019**
**Page 3**

> hotline daily. In the event that Merit reported that the color of the day was "brown," Mr. Campos was directed to report to their office and submit to testing. Merit provided the U.S. Probation Office notice that Mr. Campos missed his random UA tests on the dates noted above.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/06/2019

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

02/07/2019
Date