PROB 12C
(6/16)

Report Date: January 24, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel Alfredo Campos　　　Case Number: 0980 4:17CR06006-EFS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 14, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>March 5, 2019 | Prison - 28 days<br>TSR - 35 months | |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: March 16, 2019 |
| Defense Attorney: | Paul E. Shelton | Date Supervision Expires: February 15, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number　　　Nature of Noncompliance

1　　　**Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Campos is considered to be in violation of his conditions of supervised release by failing to report as directed to U.S. Probation on January 6, 2020.

Mr. Campos' conditions of supervised release were reviewed with him on March 18, 2019. He signed his conditions, acknowledging an understanding of his conditions of supervised release, which includes standard condition number 2, as noted above.

On December 2, 2019, Mr. Campos reported to the U.S. Probation Office.  During this meeting, he was directed to continue reporting on the first Monday of each month, with his next report date being January 6, 2020. Mr. Campos has failed to report as directed.

Prob12C
**Re: Campos, Samuel Alfredo**
**January 24, 2020**
**Page 2**

    2    **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Campos is considered to be in violation of his conditions of supervised release by failing to report a change of address as of January 23, 2020.

Mr. Campos' conditions of supervised release were reviewed with him on March 18, 2019. He signed his conditions, acknowledging an understanding of his conditions of supervised release, which includes standard condition number 5, as noted above.

On January 6, 2020, Mr. Campos had failed to report to the probation office as directed. As a result, on January 16, 2020, this officer attempt to contact Mr. Campos at his reported address in Pasco, Washington. However, no contact was made with him or anyone else at the residence.

A second attempt to contact Mr. Campos at home was made on January 22, 2020. This time, contact was made with Mr. Campos' mother-in-law who stated Mr. Campos has not been living at his reported residence for approximately 2 weeks. She explained that Mr. Campos and his wife got into an argument and he left the home and has not returned since.

The undersigned officer attempted to contact Mr. Campos by phone on January 22 and 23, 2020, to no avail. His current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 24, 2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
**Re: Campos, Samuel Alfredo**
**January 24, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

January 24, 2020

Date