PROB 12C
(6/16)

Report Date: May 6, 2021

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2021

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| Name of Offender: Samuel Alfredo Campos | | Case Number: 0980 4:17CR06006-EFS-1 |
| Address of Offender: | Pasco, Washington 99301 | |
| Name of Sentencing Judicial Officer: | The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: November 14, 2017 | | |
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>March 5, 2019 | Prison - 28 days<br>TSR - 35 months | |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: March 16, 2019 |
| Defense Attorney: | Paul E. Shelton | Date Supervision Expires: February 15, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/24/2020 and 02/14/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Mr. Campos is considered to be in violation of his conditions of supervised release by being in possession of a controlled substance, heroin, on January 29, 2020.<br><br>Mr. Campos' conditions of supervised release were reviewed with him on March 18, 2019. He signed his conditions and was provided a copy of them, acknowledging an understanding of his conditions of supervised release to include mandatory condition number 1, as noted above.<br><br>On January 29, 2020, Mr. Campos was contacted by the Pasco Police Department for a traffic infraction. He verbally identified himself as he did not have his driver's license on his person. Mr. Campos also notified the officer that he had recently purchased the vehicle he |

Prob12C
Re: Campos, Samuel Alfredo
May 6, 2021
Page 2

was driving and had not transferred the registration to his name. Pasco police found Mr. Campos had a warrant for his arrest for violations of his federal supervised release and he was placed under arrest. Due to the officer's knowledge of Mr. Campos' criminal history that involved controlled substances, a K-9 was applied to the exterior of the vehicle. The K-9 displayed behavior that would indicate the presence of narcotics on the lower seam of the driver's side door.

Mr. Campos was advised of his Constitutional Rights and was asked if he would give consent to search the vehicle to Pasco police. Mr. Campos denied consent. Mr. Campos was booked into the Benton County Jail on the federal warrant. His vehicle was towed and placed into the secured garage at the Pasco Police Department.

A search warrant was applied for and granted. The vehicle Mr. Campos was driving was searched on January 30, 2020. During the course of the search, a small baggie with a white powdery substance was located in the driver's side door pocket. This substance tested presumptive-positive for heroin.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/06/2021

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

May 10, 2021

Date